IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JACE A. FAUGNO, )<br>)<br>Defendant. ) | CRIMINAL NO. 3:18-CR-30172-NJR<br><br>**FILED**<br><br>SEP 1 0 2019<br><br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS<br>EAST ST. LOUIS OFFICE |

## STIPULATION OF FACTS

Steven Weinhoeft, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant Jace A. Faugno:

1. On September 30, 2018, Defendant knowingly distributed a video file containing child pornography entitled "767657f1-ca59-46b3-a964-b951_1b551111" to an undercover FBI agent via the Kik messaging application. This file was shipped in interstate commerce.

2. On October 5, 2018, Defendant knowingly distributed the same video file containing child pornography entitled "767657f1-ca59-46b3-a964-b951_1b551111" to an undercover agent with the Air Force Office of Special Investigation ("AFOSI") via the Kik messaging application. This file was shipped in interstate commerce.

3. Defendant claimed to both undercover agents that the video depicted Defendant anally penetrating his ex-wife's 9-year-old daughter. Defendant also inquired of both undercover agents about the possibility of having sexual intercourse with the agents' fictitious minor daughters.

4. A joint FBI/AFOSI investigation traced the IP address and email account associated with the Kik account to Defendant, who at the relevant time was an active duty Senior Airman

with the U.S. Air Force stationed at Scott Air Force Base in St. Clair County, Illinois.

5. Defendant's distribution of child pornography occurred within the Southern District of Illinois.

**SO STIPULATED:**

_____
JACE A. FAUGNO
Defendant

_____
MARK HAMMER
Attorney for Defendant

Date: 9-10-2019

STEVEN D. WEINHOEFT
United States Attorney

_____
CHRISTOPHER HOELL
Assistant United States Attorney

Date: 9/10/19